IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ENRIQUEZ RICARDO SANCHEZ, <br> a/k/a RICARDO ENRIQUEZ SANCHEZ, <br> a/k/a RICARDO SANCHEZ ENRIQUEZ, <br> TDCJ #01745089, <br><br> Plaintiff, <br><br> v. <br><br> LORIE DAVIS, <br> et al., <br><br> Defendants. | § § § § § § § § § § § § § § | CIVIL ACTION NO. H-17-3335 |

## FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum and Order signed on this date, this case is **DISMISSED** with prejudice. Plaintiff shall take nothing on his claims.

This is a **FINAL JUDGMENT**.

The Clerk of Court will provide a copy of this Order to all the parties of record.

SIGNED at Houston, Texas, on this 20th day of Dec., 2017.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE